FILED

NOV 0 8 2021

U.S. DISTRICT COURT-WVND
MARTINSBURG. WV 25401

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**JOSEPH PHILLIP DOWNES,**<br><br>**Defendant.** | Criminal No. 3:21 cr 48<br><br>**Violation:**  18 U.S.C. § 641 |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

(Theft of Government Funds)

From in or around July 2019, to in or around August 2020, in Jefferson County, in the Northern District of West Virginia and elsewhere, defendant **JOSEPH PHILLIP DOWNES,** did willingly and knowingly steal and purloin unemployment benefits exceeding $1,000, such funds being property of the United States and its Railroad Retirement Board; in violation of 18 United States Code Section 641.

WILLIAM J. IHLENFELD, II
United States Attorney

Danaë DeMasi-Lemon
Assistant United States Attorney